# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELANISE DANIELS, *et al.*, | Case No.: 2:19-cv-00503-APG-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| APARTMENT MANAGEMENT CONSULTANTS, LLC, | |
| Defendant(s). | |

Pursuant to Local Rule 16-6, this case has been assigned to the Early Neutral Evaluation Program. Docket No. 3. On April 1, 2019, Defendant filed a motion to compel arbitration and a motion to stay case. Docket Nos. 9, 10. In light of the pending motions, the Court hereby **ORDERS** that the parties submit to the Court five available dates for the ENE within seven days of the resolution of the pending motions at Docket Nos. 9, 10.

IT IS SO ORDERED.

Dated: April 5, 2019

Nancy J. Koppe
United States Magistrate Judge

1