Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant*
*Apartment Management Consultants, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MELANISE DANIELS, an Individual; KIMBERLY ELLIS, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>APARTMENT MANAGEMENT CONSULTANTS, LLC, a Foreign Limited Liability Company; DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00503-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND MOTION TO STAY PROCEEDINGS (ECF NOS. 9 AND 10)**<br><br>(*First Request*) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Defendant Apartment Management Consultants, LLC ("Defendant") and Plaintiffs Melanise Daniels and Kimberly Ellis (collectively referred to as "Plaintiffs"), hereby request a one-week extension of time, up to and including, April 29, 2019, for Defendant to file its Reply in support of its Motion to Compel Arbitration (ECF No. 9) and Motion to Stay Proceedings. (ECF No. 10.) The present deadline for Defendant to file its Reply is April 22, 2019. This is the parties' first request for an extension of time for Defendant to file its Reply.

This Stipulation is made in good faith and is not intended for purposes of delay. Anthony L. Martin, lead counsel for Defendant, is out of the office and does not return until April 22, 2019. As such, defense counsel would like the additional week to finalize its Reply, confer with Defendant, and file accordingly.

As a result, good cause exists to extend the Reply deadline. Therefore, the parties respectfully request a one-week extension of time for Defendant to file its Reply in support of its Motions to Compel Arbitration and Stay Proceedings.

DATED this 18th day of April, 2019.　　　　DATED this 18th day of April, 2019.

KANG & ASSOCIATES, PLLC　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Patrick W. Kang*　　　　/s/ *Dana B. Salmonson*

Patrick W. Kang
Nevada Bar No. 10381
Kyle R. Tatum
Nevada Bar No. 13264
6480 W. Spring Mountain Road, Ste. 1
Las Vegas, NV 89146
*Attorneys for Plaintiffs*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

4/18/2019
_____
DATED