# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELANISE DANIELS and KIMBERLY ELLIS,<br><br>Plaintiff<br><br>v.<br><br>APARTMENT MANAGEMENT CONSULTANTS, LLC,<br><br>Defendant | Case No.: 2:19-cv-00503-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the defendant's response to the order to show cause (ECF No. 13),

IT IS ORDERED that the order to show cause (ECF No. 6) is deemed satisfied, and I will not remand this action for lack of subject matter jurisdiction.

DATED this 23rd day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE